# Order

Michigan Supreme Court
Lansing, Michigan

June 22, 2011

142604

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                               SC: 142604
                                               COA: 301121
                                               Kalamazoo CC: 2010-000539-FC

KENNETH ALLEN CARTER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 3, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2011                                        _____
                                                          Clerk

t0615